UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, | No.  2:26-cv-01211 SCR P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, the mother and successor in interest of Christopher Leong, is proceeding through counsel with a civil rights action under 42 U.S.C. § 1983.  Defendants State of California and California Department of Corrections and Rehabilitation (CDCR) have filed a motion for administrative relief to continue their deadline to file a responsive pleading to May 6, 2026, or, in the alternative, stay their responsive-pleading deadline pending the Court's screening of the complaint.  ECF No. 4.  Plaintiff's counsel did not give a position on defendants' motion but stated an intent to seek to remand this action to state court.  Declaration of C. Georgely ¶ 6, id. at 4.

The parties are advised that plaintiff's complaint filed March 5, 2026, is subject to screening pursuant to 28 U.S.C. § 1915A.  Accordingly, defendants' responsive-pleading deadline is hereby stayed pending screening of plaintiff's complaint.  The undersigned will screen the complaint in due course.

1

Accordingly, IT IS HEREBY ORDERED that:

1.     Defendants' motion for administrative relief (ECF No. 4) is GRANTED.

2.     Defendants' deadline to file a responsive pleading is STAYED pending screening of plaintiff's complaint pursuant to 28 U.S.C. § 1915A.

DATED: April 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2