AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| EVA ALCALA | ) |
| *Plaintiff* | ) |
| v. | ) |
| STATE OF CALIFORNIA, et al., | ) |
| *Defendant* | ) |

Case No.    2:26-cv-01211-WBS-SCR

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Eva Alcala                                                                          .

Date:    06/16/2026

*/s/ Dale K. Galipo*
*Attorney's signature*

Dale K. Galipo (SBN 144074)
*Printed name and bar number*

LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

*Address*

dalekgalipo@yahoo.com
*E-mail address*

(818) 347-3333
*Telephone number*

(818) 347-4118
*FAX number*