AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of California

| | | |
|---|---|---|
| EVA ALCALA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-01211-WBS-SCR |
| STATE OF CALIFORNIA, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Eva Alcala                                                                                     .

Date:     06/16/2026

*/s/ Cooper Alison-Mayne*

*Attorney's signature*

Cooper Alison-Mayne (SBN 343169)

*Printed name and bar number*

LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

*Address*

CMayne@galipolaw.com

*E-mail address*

(818) 347-3333

*Telephone number*

(818) 347-4118

*FAX number*