**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>Hon. William B. Shubb, Sr. Dist. Judge;<br><br>**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF MOTION TO SUBSTITUTE SUCCESSORS IN INTEREST**<br><br>[Motion to Substitute; § 377.32 Declarations of Michael Alcala and Raymond Mata; and [Proposed] Order filed concurrently herewith] |

# DECLARATION OF COOPER ALISON-MAYNE

I, Cooper Alison-Mayne, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court, and I am one of the attorneys of record for Plaintiffs. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them. I make this declaration in support of the concurrently filed Motion to Substitute Successors in Interest.

2. Plaintiff Eva Alcala commenced this action individually and as successor in interest to her son, decedent Christopher Leong, whose death in the custody of Defendants is the subject of this action.

3. Eva Alcala died on April 7, 2026, in Sacramento, Sacramento County, California, while this action was pending.

4. Attached hereto as **Exhibit A** is a true and correct copy of the certified copy of Eva Alcala's death certificate, issued by the Sacramento County Department of Health Services on May 7, 2026. Eva Alcala's Social Security number and full date of birth have been redacted from Exhibit A pursuant to Federal Rule of Civil Procedure 5.2(a).

5. On June 4, 2026, Defendants filed a Notice of Death of Plaintiff Eva Alcala (Dkt. No. 10). On June 5, 2026, Defendants filed a notice reflecting service of that Notice of Death upon non-party Michael Alcala (Dkt. No. 11). This Motion is filed within ninety days of that service.

6. Concurrently with this Motion, Michael Alcala and Raymond Mata have each executed a declaration pursuant to California Code of Civil Procedure section 377.32. Michael Alcala and G.M. are Eva Alcala's only children. Eva Alcala had no surviving spouse and died intestate.

7. G.M. is a minor. Concurrently with this Motion, his father, Raymond Mata, has applied for appointment as G.M.'s guardian ad litem and has executed a Consent of Nominee. Raymond Mata is a competent adult with no interest adverse to G.M.

8. On June 26, 2026, I met and conferred with counsel for Defendants regarding the relief sought by this Motion. Counsel for Defendants stated that Defendants take no position on] the Motion. The meet and confer consisted of discussing the substance of the motion and requesting counsel to agree to a stipulation or at the least agree to allow me to file the motion unopposed. Unfortunately, an agreement was not reached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2026, at Woodland Hills, California.

*/s/ Cooper Alison-Mayne*
Cooper Alison-Mayne

# EXHIBIT A

STATE OF CALIFORNIA

CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO

## DEPARTMENT OF HEALTH SERVICES

**CERTIFICATE OF DEATH**

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS 11 (REV 7/24)

STATE FILE NUMBER: 3052026084063

LOCAL REGISTRATION NUMBER: 3202634004031

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): EVA
2. MIDDLE: MARIE
3. LAST (Family): ALCALA

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):

4. DATE OF BIRTH mm/dd/ccyy: [redacted]1970
5. AGE Yrs.: 55
IF UNDER ONE YEAR: Months / Days
IF UNDER 24 HOURS: Hours / Minutes
6. SEX: F

8. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES? [ ] YES [X] NO [ ] UNK
12. MARITAL STATUS/SRDP (at Time of Death): DIVORCED
7. DATE OF DEATH mm/dd/ccyy: 04/07/2026
8. HOUR (24 Hours): 2200

13. EDUCATION – Highest Level/Degree (see worksheet on back): SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back): [X] YES MEXICAN, SPANISH [ ] NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): MEXICAN AMERICAN, CAUCASIAN

17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: QUALITY CONTROLLER
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): COMPUTER COMPANY
19. YEARS IN OCCUPATION: -

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 5005 H PARKWAY
21. CITY: SACRAMENTO
22. COUNTY/PROVINCE: SACRAMENTO
23. ZIP CODE: 95823
24. YEARS IN COUNTY: 45
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: MICHAEL ALFONSO ALCALA, SON
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 5005 H PARKWAY, SACRAMENTO, CA 95823

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF PARENT – FIRST: RALPH
32. MIDDLE: HENRY
33. LAST (BIRTH NAME): ALIRES
34. BIRTH STATE: CO
35. NAME OF PARENT – FIRST: ESTELA
36. MIDDLE: -
37. LAST (BIRTH NAME): DURAN
38. BIRTH STATE: TX

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 04/29/2026
40. PLACE OF FINAL DISPOSITION: RES MICHAEL ALFONSO ALCALA, 5005 H PARKWAY, SACRAMENTO, CA 95823
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: EVERGREEN MEMORIAL OF SACRAMENTO INC
45. LICENSE NUMBER: FD1740
46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE MD
47. DATE mm/dd/ccyy: 04/22/2026

**PLACE OF DEATH**

101. PLACE OF DEATH: KAISER FOUNDATION HOSPITAL - SOUTH SACRAMENTO
102. IF HOSPITAL, SPECIFY ONE: [X] IP [ ] ER/OP [ ] DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [ ] Other
104. COUNTY: SACRAMENTO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 6600 BRUCEVILLE ROAD
106. CITY: SACRAMENTO

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) ACUTE RESPIRATORY FAILURE | (AT) 7 DAYS |
| Sequentially, list conditions, if any, leading to cause on Line A. | (B) ANOXIC ENCEPHALOPATHY | (BT) 7 DAYS |
| Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (C) OUT OF HOSPITAL CARDIAC ARREST | (CT) 7 DAYS |
| | (D) SEVERE ASTHMA EXACERBATION | (DT) 7 DAYS |

108. DEATH REPORTED TO CORONER? [X] YES [ ] NO — REFERRAL NUMBER: 26-01618
109. BIOPSY PERFORMED? [ ] YES [X] NO
110. AUTOPSY PERFORMED? [ ] YES [X] NO
111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: METHAMPHETAMINE USE, ASPIRATION PNEUMONIA, UTI, MULTIPLE RIB FRACTURES DUE TO CARDIAC RESUSCITATION, SCHIZOAFFECTIVE DISORDER, HISTORY OF RUPTURED BRAIN ANEURYSM, OBESITY

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
113A. IF FEMALE, PREGNANT IN LAST YEAR? [ ] YES [X] NO [ ] UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A) mm/dd/ccyy: 03/31/2026
Decedent Last Seen Alive (B) mm/dd/ccyy: 04/07/2026
115. SIGNATURE AND TITLE OF CERTIFIER: JOEL LEE TOURTELLOTTE, MD
116. LICENSE NUMBER: A150517
117. DATE mm/dd/ccyy: 04/13/2026
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: CHRISTOPHER JUSTIN DENNIS, DO, 6600 BRUCEVILLE RD, SACRAMENTO, CA 95823

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: [ ] Natural [X] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined
120. INJURED AT WORK? [ ] YES [ ] NO [X] UNK
121. INJURY DATE mm/dd/ccyy: UNK
122. HOUR (24 Hours): UNK
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.): OTHER: UNKNOWN
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury): THE DECEDENT USED METHAMPHETAMINE
125. LOCATION OF INJURY (Street and number, or location, and city, and zip): UNKNOWN
126. SIGNATURE OF CORONER / DEPUTY CORONER: ROSA VEGA
127. DATE mm/dd/ccyy: 04/22/2026
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: ROSA VEGA, DEP CORONER

STATE REGISTRAR: A / B / C / D / E — FAX AUTH.# — CENSUS TRACT

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

002382016

DATE ISSUED: May 07, 2026

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

PSNCO (REV) 10/25

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE