**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,

Plaintiff,

vs.

STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.

Defendants.

Case No. 2:26-cv-01211-WBS-SCR

Hon. William B. Shubb, Sr. Dist. Judge;

**DECLARATION OF MICHAEL ALCALA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32**

[Motion to Substitute; Declaration of Cooper Alison-Mayne; and [Proposed] Order filed concurrently herewith]

# DECLARATION OF MICHAEL ALCALA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32

I, Michael Alcala, declare as follows:

1. I make this declaration pursuant to California Code of Civil Procedure section 377.32. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.
2. The decedent's name is Eva Alcala.
3. Eva Alcala died on April 7, 2026, in Sacramento, Sacramento County, California. A certified copy of her death certificate is attached hereto as Exhibit A.
4. No proceeding is now pending in California for administration of the estate of Eva Alcala. Eva Alcala died intestate, and her estate has not been administered.
5. I am the decedent's successor in interest, as defined in California Code of Civil Procedure section 377.11, and I succeed to Eva Alcala's interest in this action and proceeding. I am Eva Alcala's son. Eva Alcala had no surviving spouse. Her only children are me and my brother G.M., a minor. Eva Alcala was also the mother of Christopher Leong, the decedent whose claims she prosecuted in this action as his successor in interest.
6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent, Eva Alcala, in this pending action or proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2026, at Sacramento, California.

michael alcala (Sep 2, 2026 14:00:26 PDT)

Michael Alcala

# 2026.09.02 - Declaration of Michael Alcala

Final Audit Report 2026-09-02

| | |
|---|---|
| Created: | 2026-09-02 |
| By: | Darci Gilbert (dgilbert@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKIu_B1_VZnOxNUMpuvbSHsxoFeAlq9g5 |

## "2026.09.02 - Declaration of Michael Alcala" History

Document created by Darci Gilbert (dgilbert@galipolaw.com)

2026-09-02 - 4:51:19 PM GMT

Document emailed to michael alcala (aalcala69@gmail.com) for signature

2026-09-02 - 4:51:32 PM GMT

Email viewed by michael alcala (aalcala69@gmail.com)

2026-09-02 - 8:59:41 PM GMT

Document e-signed by michael alcala (aalcala69@gmail.com)

Signature Date: 2026-09-02 - 9:00:26 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.

2026-09-02 - 9:00:26 PM GMT

# EXHIBIT A

STATE OF CALIFORNIA

CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO

## DEPARTMENT OF HEALTH SERVICES

3052026084063 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202634004031 — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): EVA
2. MIDDLE: MARIE
3. LAST (Family): ALCALA

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):

4. DATE OF BIRTH mm/dd/ccyy: [redacted]1970
5. AGE Yrs.: 55
IF UNDER ONE YEAR: Months / Days — IF UNDER 24 HOURS: Hours / Minutes
6. SEX: F

8. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK
12. MARITAL STATUS/SRDP (at Time of Death): DIVORCED
7. DATE OF DEATH mm/dd/ccyy: 04/07/2026
8. HOUR (24 Hours): 2200

13. EDUCATION – Highest Level/Degree (see worksheet on back): SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) ☒ YES MEXICAN, SPANISH ☐ NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): MEXICAN AMERICAN, CAUCASIAN

17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: QUALITY CONTROLLER
18. KIND OF BUSINESS OR INDUSTRY (e.g. grocery store, road construction, employment agency, etc.): COMPUTER COMPANY
19. YEARS IN OCCUPATION: -

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 5005 H PARKWAY
21. CITY: SACRAMENTO
22. COUNTY/PROVINCE: SACRAMENTO
23. ZIP CODE: 95823
24. YEARS IN COUNTY: 45
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: MICHAEL ALFONSO ALCALA, SON
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 5005 H PARKWAY, SACRAMENTO, CA 95823

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF PARENT – FIRST: RALPH
32. MIDDLE: HENRY
33. LAST (BIRTH NAME): ALIRES
34. BIRTH STATE: CO
35. NAME OF PARENT – FIRST: ESTELA
36. MIDDLE: -
37. LAST (BIRTH NAME): DURAN
38. BIRTH STATE: TX

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 04/29/2026
40. PLACE OF FINAL DISPOSITION: RES MICHAEL ALFONSO ALCALA 5005 H PARKWAY, SACRAMENTO, CA 95823
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: EVERGREEN MEMORIAL OF SACRAMENTO INC
45. LICENSE NUMBER: FD1740
46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE MD
47. DATE mm/dd/ccyy: 04/22/2026

**PLACE OF DEATH**

101. PLACE OF DEATH: KAISER FOUNDATION HOSPITAL - SOUTH SACRAMENTO
102. IF HOSPITAL, SPECIFY ONE: ☒ IP ☐ ER/OP ☐ DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other
104. COUNTY: SACRAMENTO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 6600 BRUCEVILLE ROAD
106. CITY: SACRAMENTO

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | ACUTE RESPIRATORY FAILURE | (AT) 7 DAYS |
| Sequentially, list conditions, if any, leading to cause on Line A. (B) | ANOXIC ENCEPHALOPATHY | (BT) 7 DAYS |
| (C) | OUT OF HOSPITAL CARDIAC ARREST | (CT) 7 DAYS |
| Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (D) | SEVERE ASTHMA EXACERBATION | (DT) 7 DAYS |

108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO — REFERRAL NUMBER: 26-01618
109. BIOPSY PERFORMED? ☐ YES ☒ NO
110. AUTOPSY PERFORMED? ☐ YES ☒ NO
111. USED IN DETERMINING CAUSE? ☐ YES ☐ NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: METHAMPHETAMINE USE, ASPIRATION PNEUMONIA, UTI, MULTIPLE RIB FRACTURES DUE TO CARDIAC RESUSCITATION, SCHIZOAFFECTIVE DISORDER, HISTORY OF RUPTURED BRAIN ANEURYSM, OBESITY

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
113A. IF FEMALE, PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A) mm/dd/ccyy: 03/31/2026 — Decedent Last Seen Alive (B) mm/dd/ccyy: 04/07/2026
115. SIGNATURE AND TITLE OF CERTIFIER: JOEL LEE TOURTELLOTTE, MD
116. LICENSE NUMBER: A150517
117. DATE mm/dd/ccyy: 04/13/2026
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: CHRISTOPHER JUSTIN DENNIS, DO 6600 BRUCEVILLE RD, SACRAMENTO, CA 95823

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: ☐ Natural ☒ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined
120. INJURED AT WORK? ☐ YES ☐ NO ☒ UNK
121. INJURY DATE mm/dd/ccyy: UNK
122. HOUR (24 Hours): UNK
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.): OTHER: UNKNOWN
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury): THE DECEDENT USED METHAMPHETAMINE
125. LOCATION OF INJURY (Street and number, or location, and city, and zip): UNKNOWN
126. SIGNATURE OF CORONER / DEPUTY CORONER: ROSA VEGA
127. DATE mm/dd/ccyy: 04/22/2026
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: ROSA VEGA, DEP CORONER

STATE REGISTRAR: A B C D E — FAX AUTH.# — CENSUS TRACT

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

002382016

DATE ISSUED May 07, 2026

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

PSNCO (REV) 10/25

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

COUNTY OF SACRAMENTO — CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE