**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>Hon. William B. Shubb, Sr. Dist. Judge;<br><br>**DECLARATION OF RAYMOND MATA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32 ON BEHALF OF MINOR G.M.**<br><br>[Motion to Substitute; Declaration of Cooper Alison-Mayne; and [Proposed] Order filed concurrently herewith] |

**DECLARATION OF RAYMOND MATA PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 377.32 ON BEHALF OF MINOR G.M.**

I, Raymond Mata, declare as follows:

1. I make this declaration pursuant to California Code of Civil Procedure section 377.32 on behalf of G.M., a minor. I am G.M.'s father and his proposed guardian ad litem in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2. The decedent's name is Eva Alcala.

3. Eva Alcala died on April 7, 2026, in Sacramento, Sacramento County, California. A certified copy of her death certificate is attached hereto as Exhibit A.

4. No proceeding is now pending in California for administration of the estate of Eva Alcala. Eva Alcala died intestate, and her estate has not been administered.

5. G.M. is the decedent's successor in interest, as defined in California Code of Civil Procedure section 377.11, and succeeds to Eva Alcala's interest in this action and proceeding. G.M. is Eva Alcala's son. Eva Alcala had no surviving spouse. Her only children are G.M. and his brother Michael Alcala. Eva Alcala was also the mother of Christopher Leong, the decedent whose claims she prosecuted in this action as his successor in interest.

6. Because G.M. is a minor, I am authorized to act on his behalf, as the decedent's successor in interest, with respect to the decedent's interest in this action and proceeding. I have applied concurrently for appointment as his guardian ad litem.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent, Eva Alcala, in this pending action or proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2026, at Sacramento, California.

Raymond Mata

# 2026.09.02 - Declaration - Raymond to Sign

Final Audit Report 2026-09-02

| | |
|---|---|
| Created: | 2026-09-02 |
| By: | Darci Gilbert (dgilbert@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUT83-x9fhrge9dAJ5lptG95v_AgIn4wo |

## "2026.09.02 - Declaration - Raymond to Sign" History

Document created by Darci Gilbert (dgilbert@galipolaw.com)
2026-09-02 - 9:53:50 PM GMT

Document emailed to raymondmata61@gmail.com for signature
2026-09-02 - 9:54:05 PM GMT

Email viewed by raymondmata61@gmail.com
2026-09-02 - 10:16:49 PM GMT

Signer raymondmata61@gmail.com entered name at signing as Raymond Mata
2026-09-02 - 10:27:24 PM GMT

Document e-signed by Raymond Mata (raymondmata61@gmail.com)
Signature Date: 2026-09-02 - 10:27:26 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_IMAGE

Agreement completed.
2026-09-02 - 10:27:26 PM GMT

# EXHIBIT A

STATE OF CALIFORNIA

CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO

## DEPARTMENT OF HEALTH SERVICES

### CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER: 3052026084063

LOCAL REGISTRATION NUMBER: 3202634004031

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT – FIRST (Given): EVA
- 2. MIDDLE: MARIE
- 3. LAST (Family): ALCALA
- AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
- 4. DATE OF BIRTH mm/dd/ccyy: [redacted]1970
- 5. AGE Yrs.: 55
- IF UNDER ONE YEAR (Months / Days); IF UNDER 24 HOURS (Hours / Minutes):
- 6. SEX: F
- 8. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK
- 12. MARITAL STATUS/SRDP (at Time of Death): DIVORCED
- 7. DATE OF DEATH mm/dd/ccyy: 04/07/2026
- 9. HOUR (24 Hours): 2200
- 13. EDUCATION – Highest Level/Degree (see worksheet on back): SOME COLLEGE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back): ☒ YES MEXICAN, SPANISH ☐ NO
- 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): MEXICAN AMERICAN, CAUCASIAN
- 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: QUALITY CONTROLLER
- 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): COMPUTER COMPANY
- 19. YEARS IN OCCUPATION: -

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE (Street and number, or location): 5005 H PARKWAY
- 21. CITY: SACRAMENTO
- 22. COUNTY/PROVINCE: SACRAMENTO
- 23. ZIP CODE: 95823
- 24. YEARS IN COUNTY: 45
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: MICHAEL ALFONSO ALCALA, SON
- 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 5005 H PARKWAY, SACRAMENTO, CA 95823

**SPOUSE/SRDP AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF PARENT – FIRST: RALPH
- 32. MIDDLE: HENRY
- 33. LAST (BIRTH NAME): ALIRES
- 34. BIRTH STATE: CO
- 35. NAME OF PARENT – FIRST: ESTELA
- 36. MIDDLE: -
- 37. LAST (BIRTH NAME): DURAN
- 38. BIRTH STATE: TX

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- 39. DISPOSITION DATE mm/dd/ccyy: 04/29/2026
- 40. PLACE OF FINAL DISPOSITION: RES MICHAEL ALFONSO ALCALA, 5005 H PARKWAY, SACRAMENTO, CA 95823
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: -
- 44. NAME OF FUNERAL ESTABLISHMENT: EVERGREEN MEMORIAL OF SACRAMENTO INC
- 45. LICENSE NUMBER: FD1740
- 46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE MD
- 47. DATE mm/dd/ccyy: 04/22/2026

**PLACE OF DEATH**

- 101. PLACE OF DEATH: KAISER FOUNDATION HOSPITAL - SOUTH SACRAMENTO
- 102. IF HOSPITAL, SPECIFY ONE: ☒ IP ☐ ER/OP ☐ DOA
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other
- 104. COUNTY: SACRAMENTO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 6600 BRUCEVILLE ROAD
- 106. CITY: SACRAMENTO

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | ACUTE RESPIRATORY FAILURE | (AT) 7 DAYS |
| Sequentially, list conditions, if any, leading to cause on Line A. (B) | ANOXIC ENCEPHALOPATHY | (BT) 7 DAYS |
| (C) | OUT OF HOSPITAL CARDIAC ARREST | (CT) 7 DAYS |
| Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (D) | SEVERE ASTHMA EXACERBATION | (DT) 7 DAYS |

- 108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO — REFERRAL NUMBER: 26-01618
- 109. BIOPSY PERFORMED? ☐ YES ☒ NO
- 110. AUTOPSY PERFORMED? ☐ YES ☒ NO
- 111. USED IN DETERMINING CAUSE? ☐ YES ☐ NO
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: METHAMPHETAMINE USE, ASPIRATION PNEUMONIA, UTI, MULTIPLE RIB FRACTURES DUE TO CARDIAC RESUSCITATION, SCHIZOAFFECTIVE DISORDER, HISTORY OF RUPTURED BRAIN ANEURYSM, OBESITY
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK

**PHYSICIAN'S CERTIFICATION**

- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy: 03/31/2026 — Decedent Last Seen Alive (B) mm/dd/ccyy: 04/07/2026
- 115. SIGNATURE AND TITLE OF CERTIFIER: JOEL LEE TOURTELLOTTE, MD
- 116. LICENSE NUMBER: A150517
- 117. DATE mm/dd/ccyy: 04/13/2026
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: CHRISTOPHER JUSTIN DENNIS, DO, 6600 BRUCEVILLE RD, SACRAMENTO, CA 95823

**CORONER'S USE ONLY**

- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: ☐ Natural ☒ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined
- 120. INJURED AT WORK? ☐ YES ☐ NO ☒ UNK
- 121. INJURY DATE mm/dd/ccyy: UNK
- 122. HOUR (24 Hours): UNK
- 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.): OTHER: UNKNOWN
- 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury): THE DECEDENT USED METHAMPHETAMINE
- 125. LOCATION OF INJURY (Street and number, or location, and city, and zip): UNKNOWN
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: ROSA VEGA
- 127. DATE mm/dd/ccyy: 04/22/2026
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: ROSA VEGA, DEP CORONER

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

002382016

DATE ISSUED: May 07, 2026

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

PSNCO (REV) 10/25

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE