**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>Hon. William B. Shubb, Sr. Dist. Judge;<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE MICHAEL ALCALA AND G.M. AS SUCCESSORS IN INTEREST TO PLAINTIFF EVA ALCALA, DECEASED** |

**[PROPOSED] ORDER**

Before the Court is the Motion of Michael Alcala and G.M., a minor by and through his guardian ad litem Raymond Mata, to be substituted as successors in interest to Plaintiff Eva Alcala pursuant to Federal Rule of Civil Procedure 25 and California Code of Civil Procedure section 377.32.

Plaintiff Eva Alcala commenced this action individually and as successor in interest to decedent Christopher Leong. Eva Alcala died on April 7, 2026, while this action was pending. On June 4, 2026, Defendants filed a Notice of Death of Plaintiff Eva Alcala (Dkt. No. 10), and on June 5, 2026 filed a notice reflecting service of that Notice of Death upon non-party Michael Alcala (Dkt. No. 11). The Motion was filed within ninety days of that service.

Having considered the Motion, the Declaration of Cooper Alison-Mayne, the declarations of Michael Alcala and Raymond Mata executed pursuant to California Code of Civil Procedure section 377.32, the certified copy of Eva Alcala's death certificate, and the record in this action, and good cause appearing, the Court finds that Eva Alcala's claims are not extinguished by her death and that Michael Alcala and G.M. are her successors in interest as defined in California Code of Civil Procedure section 377.11.

IT IS HEREBY ORDERED that the Motion is GRANTED. Michael Alcala and G.M., a minor by and through his guardian ad litem Raymond Mata, are substituted as plaintiffs and successors in interest to Eva Alcala, in place of Eva Alcala, in each of the capacities in which Eva Alcala prosecuted this action.

IT IS SO ORDERED.
DATED: ______________________

______________________________
Hon. William B. Shubb
Senior United States District Judge