**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>Hon. William B. Shubb, Sr. Dist. Judge;<br><br>**APPLICATION OF RAYMOND MATA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR G.M.**<br><br>[Consent of Nominee and [Proposed] Order filed concurrently herewith] |

# APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM

Pursuant to Federal Rule of Civil Procedure 17(c) and Eastern District of California Local Rule 202(a), Raymond Mata applies for appointment as guardian ad litem for minor G.M., and states as follows:

1. G.M. is a minor. He seeks to be substituted into this action as a successor in interest to Plaintiff Eva Alcala, deceased, by the Motion to Substitute filed concurrently herewith.
2. G.M. was born in 2010 and is sixteen years of age.
3. I am G.M.'s father. No guardian or conservator of the estate has been appointed for G.M.
4. G.M. is one of the two children of Eva Alcala, who died intestate on April 7, 2026 while this action was pending. G.M. succeeds to Eva Alcala's interest in this action as her successor in interest under California Code of Civil Procedure section 377.11, and has claims in this action in that capacity.
5. I have no interest adverse to G.M. in this action.
6. I am a competent adult and a resident of San Antonio, Texas. I am fully able to understand and to protect the rights and interests of G.M. in this action.
7. I consent to serve as G.M.'s guardian ad litem. My Consent of Nominee is filed concurrently herewith.

Plaintiffs respectfully request that the Court appoint Raymond Mata as guardian ad litem for minor G.M.

DATED: 09/03/2026

Raymond Mata (Sep 3, 2026 13:31:22 CDT)

Raymond Mata, Applicant

DATED: September 03, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiffs

# 2026.09.03 - Raymond To Sign

Final Audit Report 2026-09-03

| | |
|---|---|
| Created: | 2026-09-03 |
| By: | Darci Gilbert (dgilbert@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwv1pBhtpP6zpKUIGSAGZjyyxcW1TdpVG |

## "2026.09.03 - Raymond To Sign" History

Document created by Darci Gilbert (dgilbert@galipolaw.com)
2026-09-03 - 6:19:59 PM GMT

Document emailed to raymondmata61@gmail.com for signature
2026-09-03 - 6:20:14 PM GMT

Email viewed by raymondmata61@gmail.com
2026-09-03 - 6:26:37 PM GMT

Signer raymondmata61@gmail.com entered name at signing as Raymond Mata
2026-09-03 - 6:31:20 PM GMT

Document e-signed by Raymond Mata (raymondmata61@gmail.com)
Signature Date: 2026-09-03 - 6:31:22 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-09-03 - 6:31:22 PM GMT