**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>Hon. William B. Shubb, Sr. Dist. Judge;<br><br>**CONSENT OF NOMINEE RAYMOND MATA TO APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR G.M.**<br><br>[Application for Appointment of Guardian ad Litem and [Proposed] Order filed concurrently herewith] |

# CONSENT OF NOMINEE

I, Raymond Mata, declare as follows:

1. I am the father of G.M., a minor, who seeks to be substituted into this action as a successor in interest to Plaintiff Eva Alcala, deceased.
2. I consent to act as guardian ad litem for G.M. in this action.
3. I am a competent adult with no interest adverse to G.M., and I am fully able to understand and to protect his rights and interests in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 3, 2026, at Sacramento, California.

X
Raymond Mata (Sep 3, 2026 13:34:54 CDT)

Raymond Mata

# 2026.09.03 - Consent - Raymond to Sign

Final Audit Report 2026-09-03

| | |
|---|---|
| Created: | 2026-09-03 |
| By: | Darci Gilbert (dgilbert@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAavgHH7yBtMxWqMlmYbGXy2ukBDgxG_e6 |

## "2026.09.03 - Consent - Raymond to Sign" History

Document created by Darci Gilbert (dgilbert@galipolaw.com)
2026-09-03 - 6:18:19 PM GMT

Document emailed to raymondmata61@gmail.com for signature
2026-09-03 - 6:18:31 PM GMT

Email viewed by raymondmata61@gmail.com
2026-09-03 - 6:33:41 PM GMT

Signer raymondmata61@gmail.com entered name at signing as Raymond Mata
2026-09-03 - 6:34:52 PM GMT

Document e-signed by Raymond Mata (raymondmata61@gmail.com)
Signature Date: 2026-09-03 - 6:34:54 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-09-03 - 6:34:54 PM GMT