**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne, Esq. (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>Hon. William B. Shubb, Sr. Dist. Judge;<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF RAYMOND MATA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR G.M.** |

# [PROPOSED] ORDER

Before the Court is the Application of Raymond Mata for appointment as guardian ad litem for minor G.M., filed pursuant to Federal Rule of Civil Procedure 17(c) and Eastern District of California Local Rule 202(a).

Having considered the Application, the concurrently filed Consent of Nominee, and the record in this action, and good cause appearing, the Court finds that Raymond Mata is a competent adult with no interest adverse to G.M. and is a suitable person to protect the minor's interests in this action.

IT IS HEREBY ORDERED that the Application is GRANTED, and Raymond Mata is appointed guardian ad litem for minor G.M. in this action.

IT IS SO ORDERED.

DATED: ______________________

______________________________

Hon. William B. Shubb
Senior United States District Judge