ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7317
Fax: (916) 324-5205
E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants State of California and California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVA ALCALA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, et al.,**<br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br>**DEFENDANTS NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION (ECF No. 14) AND MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM (ECF No. 15)**<br>Judge: Hon. Sean C. Riordan<br>Trial Date: Not Set<br>Action Filed: April 24, 2025 |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, as required by Local Rule 230(c), Defendants State of California and California Department of Corrections and Rehabilitation (CDCR) advise the Court and counsel for Plaintiffs that Defendants State of California and CDCR do not oppose Plaintiffs' pending motion for the substitution of Michael Alcala and G.M. as plaintiffs (ECF No. 14) and do not oppose Plaintiffs' pending application for the appointment of Raymond Mata as guardian ad litem for G.M. (ECF No. 15). Local Rule 230(c) provides that opposition "to the granting of the motion shall be in writing and shall be filed." It also provides that a "responding party who has no

opposition to the granting of the motion shall serve and file a statement to that effect." L.R. 230(c).

At this time and after reasonable diligence, Defendants do not oppose the pending motions and therefore, in compliance with the requirement outlined in Local Rule 230(c), Defendants provide the Court and all parties of record notice of their non-opposition. Defendants reserve the right to challenge Plaintiffs' requested relief at a later date if information or facts become available to Defendants indicating that Plaintiffs' requests are incorrect or unsupported. *See* Fed. R. Civ. P. 60(b).

Dated: September 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

***/s/ Christian M. Georgely***
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants State of California and California Department of Corrections and Rehabilitation*

SA2025605490
45317271.docx