# CERTIFICATE OF SERVICE

Case Name: **Alcala, Eva v. State of California, et al.** Case No. **2:26-cv-01211-WBS-SCR**

I hereby certify that on September 22, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION (ECF No. 14) AND MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM (ECF No. 15)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 22, 2026, in California.

| A. Billings | ***/s/ A. Billings*** |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 22, 2026, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Christopher N. Movafagh, Esq.
Mova Law Group
3262 Rosecrans St.
San Diego, CA 92110
chris@movalegal.com
atty@movalegal.com
admin@movalegal.com
clerk@movalegal.com
***Counsels for Plaintiff Eva Alcala, Michael Alcala, and G.M.***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 22, 2026, at Fresno, California.

| J. Carlton | ***/s/ J. Carlton*** |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2025605490
95744047