UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ALCALA, individually and as Successor-in-Interest to Christopher Leong, deceased,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | No. 2:26-cv-01211 WBS SCR P<br><br><u>ORDER</u> |

There are two motions pending before the undersigned: (1) a motion to substitute proposed Plaintiffs Michael Alcala and G.M., a minor, for deceased Plaintiff Eva Alcala, pursuant to Federal Rule of Civil Procedure 25(a) and California Code of Civil Procedure § 377.32, ECF No. 14; and (2) an application to appoint Raymond Mata as guardian ad litem for G.M., pursuant to Federal Rule of Civil Procedure 17(c) and Local Rule 202(a), ECF No. 15. Defendants have filed a statement of non-opposition to the granting of both motions. ECF No. 17.

Having reviewed the motion to substitute and supporting documents filed pursuant to California Code of Civil Procedure § 377.32, the undersigned grants the motion. <u>See</u> Fed. R. Civ. P. 25(a) ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party."). Accordingly, Michael Alcala and G.M. are substituted as successors-in-interest to Christopher Leong, and as successors-in-interest in place of Plaintiff Eva Alcala for purposes of her individual claims. <u>See</u> Cal. Civ. Proc. Code § 377.11.

In addition, the application to appoint Raymond Mata as guardian ad litem for G.M., his sixteen-year-old son, is granted. See Fed. R. Civ. P. 17(c); Cal. Civ. Proc. Code § 372(a). Mr. Mata has adequately demonstrated through his motion and declaration that his interests are not adverse to G.M.'s. Cal. Code Civ. Proc. § 372(d); see also S.O. v. Rescue Union Sch. Dist., No. 2:23-CV-00406-DJC-AC, 2023 WL 3569778, at *1 (E.D. Cal. May 19, 2023) ("Where there is no conflict of interests between the minor child and their parent, a parent is generally appointed as guardian ad litem."). Accordingly, Mr. Mata is appointed as G.M.'s guardian ad litem.

Finally, upon further consideration, the Court does not believe it needs to screen this case pursuant to 28 U.S.C. § 1915A. See ECF No. 2 at 3 (designating case for screening). The plain language of § 1915A requires sua sponte screening of complaints brought by a "prisoner," not successors-in-interest. 28 U.S.C. § 1915A(a); see also Olivas v. Nevada ex rel. Dep't of Corr., 856 F.3d 1281, 1282 (9th Cir. 2017) (per curiam) ("28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints."). Accordingly, Defendants shall file a responsive pleading within twenty-one (21) days of this order.

## CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to substitute (ECF No. 14) is GRANTED. Michael Alcala and G.M. are substituted as successors-in-interest to Christopher Leong, and as successors-in-interest in place of Plaintiff Eva Alcala for purposes of her individual claims.

2. Plaintiffs' motion to appoint guardian ad litem (ECF No. 15) is GRANTED. The Court hereby appoints Raymond Mata as guardian ad litem for plaintiff G.M.

3. The Clerk of the Court is directed to update the Docket to reflect the above substitution and guardian ad litem appointment.

4. Defendants shall file a responsive pleading within twenty-one (21) days of this order.

DATED: September 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE