ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
KORI V. SALAS, State Bar No. 281545
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7317
Fax: (916) 324-5205
E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendants State of California and California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVA ALCALA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>**DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF FOR A 21-DAY EXTENSION OF THEIR DEADLINE TO FILE A RESPONSIVE PLEADING; AND DECLARATION OF COUNSEL IN SUPPORT**<br><br>Judge: Hon. Sean C. Riordan<br>Trial Date: Not Set<br>Action Filed: April 24, 2025 |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, under Local Rule 233(a), Defendants State of California and the California Department of Corrections and Rehabilitation (Defendants) move for administrative relief for an order extending by 21 days their current October 19, 2026 deadline to file a responsive pleading, up to and including November 9, 2026. (*See* ECF No. 45.) Defendants make this request because their counsel needs additional time to properly prepare a responsive

pleading, as explained in the attached declaration. Previously in this civil action, Defendants requested to extend their responsive-pleading deadline (ECF No. 4), and the Court stayed the responsive-pleading deadline pending its screening of the complaint under 28 U.S.C. § 1915A (ECF No. 6).

On October 15, 2026, defense counsel met and conferred with Plaintiffs' counsel by video about extending the responsive-pleading deadline by 45 days. Plaintiffs' counsel ultimately declined to agree to a 45-day or 21-day extension of the responsive-pleading deadline.

Good cause for the extension is provided in the attached declaration of counsel. A proposed order is provided for the Court's consideration.

Dated: October 19, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General
KORI V. SALAS
Deputy Attorney General

***/s/ Christian M. Georgely***
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants State of California and California Department of Corrections and Rehabilitation*

## DECLARATION OF CHRISTIAN GEORGELY

I, Christian M. Georgely, declare:

1. I am an attorney admitted to practice in California and before this Court. I am a Deputy Attorney General employed with the Office of the California Attorney General. I am the primary counsel of record in this action for the State of California and the California Department of Corrections and Rehabilitation. The following facts are of my own personal knowledge.

2. On March 30, 2026, Defendants timely removed this action to this Court (ECF No. 1), and on April 6, 2026, Defendants requested the Court extend their responsive-pleading deadline (ECF No. 4). The next day, the Court stayed Defendants' responsive-pleading deadline pending the Court screening the complaint under 28 U.S.C. § 1915A to determine if it stated a claim upon which may be granted. (ECF No. 6.)

3. On April 7, 2026, former Plaintiff Eva Alcala died. (ECF No. 14 at 4.) In May 2026, Defendants became aware of Eva Alcala's death and after further investigation, on June 4, 2026, Defendants filed a notice of death of Eva Alcala, and served the notice the following day. (ECF No. 10.) On September 2, 2026, almost five months after Eva Alcala's death, the current Plaintiffs moved to substitute themselves as Plaintiffs. (ECF No. 14.) On September 28, 2026, the Court substituted the current Plaintiffs and lifted the Court's stay of Defendants' responsive-pleading deadline after declining to screen the complaint to determine if it stated a claim upon which may be granted. (ECF No. 18.) The Court ordered Defendants to file a responsive pleading by the current October 19, 2026 deadline. (*Id.*)

4. Defendants need additional time to prepare a responsive pleading. Defendants State of California and California Department of Corrections and Rehabilitation are the only named Defendants in this action. Since the Court granted Plaintiffs' motion to substitute and lifted the Court's stay of Defendants' responsive-pleading deadline, I have been investigating the impact of Plaintiffs' substitution on the claims asserted against Defendants, investigating whether Plaintiffs state a claim against Defendants, consulted with my institutional client as to the defense strategy, analyzed whether the California Government Code immunizes Defendants from Plaintiffs'

claims, and began preparing a motion to dismiss the claims against Defendants. I am currently preparing a motion to dismiss all the claims against Defendants.

5. Based on the changed posture of this case after Plaintiffs' substitution and without the benefit of the screening process, I have been unable to finish preparing Defendants' anticipated motion to dismiss or meet and confer with Plaintiffs' counsel on the grounds supporting a motion to dismiss, which could narrow the scope or negate the filing of a motion to dismiss. Additionally, my ability to finish preparing Defendants' anticipated motion to dismiss has been impacted by responsibilities in other 22 pending civil actions and appeals where I am the primary deputy, which have included preparing the opposition to a motion to amend or alter a judgment due on October 22, 2026; preparing and filing a motion to dismiss on October 13, 2026, in a civil action alleging wrongful-death claims; preparing and filing on October 20, 2026, objections to findings and recommendations on a motion to dismiss; preparing written discovery requests after the district court opened discovery on October 8, 2026; preparing and filing on October 6, 2026, a discovery and scheduling statement and identifying for the district court potentially relevant documents after conducting an investigation of the matter; preparing and filing on October 5, 2026, a bill of costs and supporting documents; investigating and preparing a motion to dismiss due on October 27, 2026 in a case alleging serious bodily injury; and investigating and preparing a case for a December 7, 2026 mediation. Also, I will be unavailable from October 28, 2026, through November 2, 2026, due to preplanned personal leave.

6. This request furthers judicial economy, because it will provide sufficient time for me to prepare the anticipated motion to dismiss, and meet and confer with Plaintiffs' counsel as to the grounds for the anticipated motion, which could potentially narrow the issues that the Court would be required to resolve if a motion to dismiss is filed. Additionally, if the motion to dismiss is granted, it could fully resolve all claims against Defendants.

7. On October 12, 2026, I contacted Plaintiffs' counsel by email to schedule a telephone call to discuss an extension to Defendants' responsive-pleading deadline. On October 15, 2026, defense counsel met and conferred with Plaintiffs' counsel regarding the requested continuance and I requested the Plaintiffs' counsel agree to extend the deadline by 45 days. On October 16,

2026, Plaintiffs' counsel wrote in an email that they are not agreeable to a 45-day extension. That day, I requested by email that Plaintiffs agree to a 21-day extension of the responsive-pleading deadline. On October 17, 2026, Plaintiffs' counsel declined to agree to the requested continuance.

8. As discussed above in Paragraph 2, this is Defendants' second request to extend a deadline in this civil action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2026, in California.

***/s/ Christian M. Georgely***
Christian M. Georgely

SA2025605490 / 45396442.docx