IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVA ALCALA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, et al.,**<br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br>**[PROPOSED] ORDER GRANTING DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION FOR ADMINISTRATIVE RELIEF FOR A 21-DAY EXTENSION OF THEIR DEADLINE TO FILE A RESPONSIVE PLEADING** |

Plaintiffs bring this civil rights action. Pending before the Court is Defendants State of California and the California Department of Corrections and Rehabilitation's motion, under Local Rule 233, for administrative relief to continue their current October 19, 2026 responsive-pleading deadline 21 days, up to and including November 9, 2026.

Good cause appearing, Defendants' motion is **GRANTED**. Defendants State of California and the California Department of Corrections and Rehabilitation's responsive-pleading deadline is continued 21 days, up to and including November 9, 2026.

**IT IS SO ORDERED.**

Dated: ____________________________

____________________________
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE