# CERTIFICATE OF SERVICE

Case Name: **Alcala, Eva v. State of California, et al.** No. **2:26-cv-01211-WBS-SCR**

I hereby certify that on October 19, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF FOR A 21-DAY EXTENSION OF THEIR DEADLINE TO FILE A RESPONSIVE PLEADING; AND DECLARATION OF COUNSEL IN SUPPORT**
- **[PROPOSED] ORDER GRANTING DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION FOR ADMINISTRATIVE RELIEF FOR A 21-DAY EXTENSION OF THEIR DEADLINE TO FILE A RESPONSIVE PLEADING**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 19, 2026, at California.

| | |
|---|---|
| M. Fowler | ***/s/ M. Fowler*** |
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 19, 2026, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Christopher N. Movafagh, Esq.
Mova Law Group, APLC
3262 Rosecrans St.
San Diego, CA 92110
***Counsel for Plaintiff***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 19, 2026, at Sacramento, California.

| L. Langlois | ***/s/ L. Langlois*** |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2025605490
45396791