ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
KORI V. SALAS, State Bar No. 281545
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7317
Fax: (916) 324-5205
E-mail: Christian.Georgely@doj.ca.gov
*Attorneys for Defendant State of California and California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVA ALCALA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:26-cv-01211-WBS-SCR<br><br>**STIPULATED MOTION FOR REFERRAL TO A COURT SETTLEMENT CONFERENCE, TO STAY ACTION, AND TO VACATE DEADLINES; AND**<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Sean C. Riordan<br>Trial Date: Not Set<br>Action Filed: April 24, 2025 |

Plaintiffs Michael Alcala and G.M. and Defendants State of California and California Department of Corrections and Rehabilitation, under Local Rule 144(a), stipulate and request the Court refer this action to a settlement conference with Magistrate Judge Jeremy D. Peterson, stay this action for 90 days while allowing the parties to engage in informal discovery exchange for early alternative dispute resolution (ADR), and vacate the current case deadlines, including Defendants' current November 9, 2026 responsive-pleading deadline. The parties agree and request that Magistrate Judge Peterson conduct the requested settlement conference in this matter

based on Magistrate Judge Peterson's availability. The parties also agree to engage in informal discovery exchange for their early ADR efforts.

Good cause exists to grant this stipulated motion. The request would provide the parties the opportunity to fully resolve this case without further litigation, limiting the costs and burdens on the Court and all parties associated with litigating this matter.

Thus, under Local Rule 144(a), the parties stipulate and request that the Court issue an order as follows:

1. Referring this action to a settlement conference with Magistrate Judge Peterson, to be scheduled based on the Court's availability in January 2027 or February 2027;

2. Staying this action for 90 days from the date of the Court's order pending the outcome of the referenced settlement conference. During the stay, the parties may be permitted to file a proposed protective order and exchange informal discovery as agreed by the parties. The parties agree to file a proposed protective order no later than November 20, 2026.

3. Vacating all deadlines, including Defendants State of California and California Department of Corrections and Rehabilitation's current November 9, 2026 responsive-pleading deadline, to be reset if necessary after the stay expires.

/ / /

/ / /

/ / /

Dated: November 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General
KORI V. SALAS
Deputy Attorney General

***/s/ Christian M. Georgely***
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendants State of California and California Department of Corrections and Rehabilitation*

Dated: November 6, 2026

Respectfully submitted,

THE LAW OFFICERS OF DALE K. GALIPO

***/s/ Cooper Alison-Mayne (as authorized on 11/5/26)***
COOPER ALISON-MAYNE
*Attorneys for Plaintiffs Michael Alcala and G.M.*

SA2025605490
45427997.docx

**[PROPOSED] ORDER**

Good cause appearing, the parties' stipulated motion is GRANTED.

1. This Court REFERS this action to a settlement conference with Magistrate Judge Peterson, to be scheduled based on the Court's availability in January 2027 or February 2027;

2. This action is STAYED for 90 days from the date of this order pending the outcome of the referenced settlement conference. During the stay, the parties are permitted to file a proposed protective order and informally exchange discovery as agreed by the parties for their early ADR efforts.

3. All deadlines, including Defendants State of California and California Department of Corrections and Rehabilitation's current November 9, 2026 responsive-pleading deadline, are VACATED, to be reset if necessary after the stay expires.

IT IS SO ORDERED.

Dated: ________________________

______________________________________
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE