UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVA ALCALA,

Plaintiff,

v.

STATE OF CALIFONRIA, et al.,

Defendants.

No. 2:26-cv-01211 WBS SCR

ORDER

Plaintiffs Michael Alcala and G.M. and Defendants State of California and California Department of Corrections and Rehabilitation, pursuant to Local Rule 144(a), stipulate and request that the Court refer this action to a settlement conference with Magistrate Judge Jeremy D. Peterson, stay this action while allowing the parties to engage in informal discovery exchange for early alternative dispute resolution (ADR), and vacate the current case deadlines, including Defendants' current November 9, 2026, responsive-pleading deadline. ECF No. 21.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The case is **referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference via Zoom video conference on February 17, 2027, at 10:00 a.m.**

2. This action is STAYED for 120 days from the date of this order pending the outcome of the referenced settlement conference. During the stay, the parties are permitted to file a proposed protective order and exchange informal discovery as agreed by the parties. The parties

agree to file a proposed protective order no later than November 20, 2026.[1]

3. All deadlines, including Defendants State of California's and California Department of Corrections and Rehabilitation's current November 9, 2026, responsive-pleading deadline, are VACATED to be reset if necessary after the stay expires.

DATED: November 9, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[1] The undersigned has granted a longer ADR stay than the requested 90 days to accommodate Judge Peterson's settlement availability.